United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 15, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 01-41409
_____

COLLIN COUNTY GUN RANGE LLC

                                        Plaintiff-Appellant,

versus

CITY OF MCKINNEY, A Texas Home Rule City; DON DOZIER, in his
official capacity; WILLIE J. WATTLEY, in his official
capacity; BRAD WYSONG, in his official capacity; THAD
HELSLEY, in his official capacity; BILL WHITFIELD, in his
official capacity; JULIE VARGO, in her official capacity;
STEVE BELL, in his official capacity

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:01-CV-19
_____

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.  Appellee's motion for damages

and related relief under Fed. R. App. P. 38 is denied.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.